IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 DEC 20 P 4: 19

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 2:05cr308-A |
| v. | ) | [18 U.S.C. 1341] |
| | ) | |
| CHARLES DUNCAN | ) | INFORMATION |

## COUNT 1

The United States Attorney for the Middle District of Alabama charges:

1. At all times material to this Information:

    a. American General Life and Accident Insurance Company ("AGLAIC") was an insurance company incorporated in Tennessee and headquartered in Nashville.

    b. The defendant CHARLES DUNCAN was employed by AGLAIC as an agent in Troy, Alabama.

2. From in or about 1991 through in or about September 2003, in the Middle District of Alabama, and elsewhere, the defendant

CHARLES DUNCAN,

did devise and intend to devise a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, which scheme and artifice is described in substance below.

3. It was part of the scheme and artifice that DUNCAN falsely represented to AGLAIC customers that moneys they were providing to DUNCAN were being used to purchase annuities on their behalf. In fact, DUNCAN either (a) converted all of the monies to his own use, in which case the customer did not have an annuity at all, or (b) tendered a portion of the monies to AGLAIC,

SCANNED

resulting in the customer having an annuity with a smaller value than DUNCAN represented (the "overstated annuities").

4. It was a further part of the scheme and artifice that, to conceal his activities with respect to the overstated annuities, DUNCAN rented a post office box in Troy, Alabama (the "P.O. Box") and caused AGLAIC to send to the P.O. Box the statements and other materials that would ordinarily have been sent to the customer's home address. DUNCAN then intercepted the actual documents and caused forged documents to be sent to the customer.

5. It was a further part of the scheme and artifice that DUNCAN forged and submitted to AGLAIC requests for policy loans on the overstated annuities. Pursuant to these requests, AGLAIC funded the loans and mailed the proceeds to the P.O. Box.

6. It was a further part of the scheme and artifice that DUNCAN converted to his own use other loan checks that AGLAIC had issued to customers.

7. It was a further part of the scheme and artifice that DUNCAN caused unauthorized requests for draws on life insurance policies to be submitted to AGLAIC, and DUNCAN kept for his own benefit the funds disbursed by AGLAIC in response to these requests.

8. It was a further part of the scheme and artifice that DUNCAN converted to his own use checks provided to him by AGLAIC customers for the purpose of paying insurance premiums.

9. On or about September 22, 2003, in the Middle District of Alabama, and elsewhere, the defendant

CHARLES DUNCAN,

for the purpose of executing the above described scheme and artifice and attempting to do so knowingly and willfully placed and caused to be placed in a post office and authorized depository

for mail a check in the amount of $530.36 mailed by AGLAIC to an AGLAIC policyholder in Grady, Alabama, in violation of Title 18, United States Code, Section 1341.

LEURA GARRETT CANARY
United States Attorney

Andrew O. Schiff
Assistant United States Attorney