IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | 2:05cr308-A |
| ) | |
| CHARLES DUNCAN ) | |

## ORDER ON MOTION

On 22 December 2005, The Government filed a Motion to Continue Arraignment (Doc #3). For good cause, it is ORDERED that the motion is GRANTED.

The defendant, CHARLES DUNCAN, has indicated to the court that he wishes to enter a consent plea. Therefore, it is

ORDERED that the defendant appear with counsel before the undersigned Magistrate Judge on 17 January 2006 at 10:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, for arraignment and to enter a consent plea.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE this 27th day of December 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE