| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 1/17/06 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 9:27 - 9:50 |
| | **COURT REPORTER:** Mitchell Reisner |

❏ **ARRAIGNMENT**  ❏ **CHANGE OF PLEA**  x **CONSENT PLEA**
❏ **RULE 44(c) HEARING**  ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** <u>Vanzetta Penn McPherson</u>   **DEPUTY CLERK:** <u>Wanda A. Robinson</u>
**CASE NUMBER:** 2:05cr308-WHA   **DEFENDANT NAME:** Charles Duncan
**AUSA:** Andrew O. Schiff   **DEFENDANT ATTORNEY:** Stephen Roger Glassroth
   Type counsel ( )Waived; (√)Retained; ( )CJA; ( )FPD
   ( ) appointed at arraignment; ( ) standing in for: _____
**PTSO/USPO:** Terrence Marshall
Interpreter present? (√)NO; ( )YES   Name:
**DISCOVERY DISCLOSURE DATE:**

---

√ This is defendant's **FIRST APPEARANCE.**
❏ **FINACIAL AFFIDAVIT EXECUTED.** *ORAL MOTION FOR APPT OF COUNSEL*
❏ *ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED*
√ **WAIVER OF INDICTMENT** executed and filed.
√ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   ❏ Not Guilty      ❏ Nol Contendere
   ❏ Not Guilty by reason of insanity
   √ Guilty as to:
      √ Count(s): 1 of the Information
      ❏ Count(s):      ❏ dismissed on oral motion of USA
            ❏ to be dismissed at sentencing
√ Written plea agreement filed   ❏ **ORDERED SEALED**
❏ _____ Days to file pretrial motions ❏ _____ Trial date or term
√ **ORAL ORDER ADJUDICATING DEFENDANT GUILTY as to Counts**
√ **ORDER:** Defendant released under √ bond; ❏ summons; for:
   ❏ Trial on _____; √ Sentencing on 6/22/06 or by Order
❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
   ❏ Posting a $_____ bond;
   ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:  ❏ Waiver of Conflict of Interest Form executed
      ❏ Defendant requests time to secure new counsel
❏ WAIVER of Speedy Trial. CRIMINAL TERM: