# United States District Court

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

v.

CHARLES DUNCAN

WAIVER OF INDICTMENT

CASE NUMBER: 2:05cr308-WHA

I, _____Charles Duncan_____, the above named defendant, who is accused of

violation of Title 18, United States Code, Section 1341,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __1/17/06__ prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer