IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT COURT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | CR. No. 2:05cr308-WHA |
| | * | |
| CHARLES DUNCAN | * | |

**DEFENDANT'S MOTION TO CONTINUE SENTENCING**

Comes now Charles Duncan, by undersigned counsel, who moves the Court for the entry of an order continuing the sentencing in this cause. In support of his motion, the following is shown to the Court:

1. By prior order, the Court set sentencing in this cause for June 22, 2006, at 10:00 a.m.

2. One of the main issues that will need to be resolved as part of the sentencing is the amount of the loss experienced by Mr. Duncan's former employer, from whom the defalcation that formed the basis of the offense conduct occurred.

3. On this date, undersigned counsel spoke by telephone with United States Probation Officer Doug Mathis who informed undersigned counsel that Mr. Duncan's former employer had not responded to his request for information concerning the loss. Without that response, Mr. Duncan will be at a disadvantage in contesting the amount of loss allegedly suffered by Mr. Duncan's former employer.

4. In light of this, Mr. Duncan requests that sentencing be continued until a later date to enable Mr. Mathis to gather the information from the former employer with respect to the loss amount.

WHEREFORE, Mr. Duncan prays the Court will consider the matter set forth herein and,

after due consideration, enter its order continuing sentencing in this cause to such later date as the Court deems proper.

    RESPECTFULLY SUBMITTED this the 14th day of June, 2006.

    s/Stephen R. Glassroth  
STEPHEN R. GLASSROTH (GLA005)  
Attorney for the defendant  
Stephen R. Glassroth  
THE GLASSROTH LAW FIRM, P.C.  
615 S. McDonough Street  
Post Office Box 910  
Montgomery, Alabama 36101-0910  
(334) 263-9900  
(334) 263-9940 - fax  
srg@glassrothlaw.com

OF COUNSEL:

THE GLASSROTH LAW FIRM, P.C.  
615 S. McDonough Street  
Post Office Box 910  
Montgomery, Alabama 36101-0910  
(334) 263-9900  
(334) 263-9940 - fax

## CERTIFICATE OF SERVICE

    I hereby certify that on June 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mr. Andrew O. Schiff.

    s/Stephen R. Glassroth  
Stephen R. Glassroth  
THE GLASSROTH LAW FIRM, P.C.  
615 S. McDonough Street  
Post Office Box 910  
Montgomery, Alabama 36101-0910  
(334) 263-9900  
(334) 263-9940 - fax  
srg@glassrothlaw.com