IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:05cr308-WHA |
| CHARLES DUNCAN ) | |

## ORDER

Upon consideration of Defendant's Motion to Continue Sentencing (Doc. #14), filed on June 14, 2006, and for good cause shown, the motion is GRANTED, and it is hereby

ORDERED that the sentencing hearing set for June 22, 2006, is CONTINUED and RESET for July 19, 2006, at 9:00 a.m.

DONE this 20th day of June, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE