IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:05cr308-WHA |
| CHARLES DUNCAN ) | |

**ORDER**

The Probation Officer having requested an extension of time to complete the presentence investigation and report, and having advised the court that the attorneys for the Defendant and the United States are in agreement with the extension, it is hereby

ORDERED that sentencing of the Defendant is CONTINUED from its current setting of July 19, 2006, and is RESET for Thursday, September 7, 2006, at 10:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 18th day of June, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE