# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | September 7, 2006 | AT: | 10:49 a.m. |
| DATE COMPLETED: | September 7, 2006 | AT: | 11:16 a.m. |

UNITED STATES OF AMERICA )
)
vs. )
) CR. No. 2:05cr308-WHA
CHARLES DUNCAN )
)

APPEARANCES:

**GOVERNMENT**

Andrew O. Schiff

**DEFENDANT**

Stephen R. Glassroth

Risa Entrekin, Court Reporter
Elna Behrman, Courtroom Deputy

COURT OFFICIALS PRESENT
Doug Mathis, USPO
Lisa Harden, Law Clerk

## COURTROOM PROCEEDINGS

(X)   **SENTENCING HEARING**

Hearing commences.
Parties state they have reviewed the presentence report.
Defendant withdraws Objection #1.
Court overrules the objection as moot.
Defendant argues Objection #2 as to the abuse of trust enhancement.
Government presents argument.
Court overrules the objection and will apply the two-point enhancement.
Mr. Glassroth speaks on behalf of the Defendant requesting a sentence of 24 months.
Defendant addresses the court.
Representative from American General declined opportunity to address the court re the loss to the company.
Court accepts the Plea Agreement and will sentence accordingly.
Sentence is stated.
No objection to statement of sentence.
Sentence is ORDERED imposed as stated.
Defendant waives his right to appeal.
Defendant is released on the same terms and conditions imposed by the Magistrate Judge on January 17, 2006, and is DIRECTED to report for service of sentence on October 23, 2006.
Court is adjourned.