AO 245B    (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

| DEFENDANT: | CHARLES DUNCAN |
| CASE NUMBER: | 2:05cr308-WHA |

RECEIVED

Judgment — Page 2 of 6

2006 NOV -1  A 4: 05

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**30 months.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    X before 2 p.m. on ___October 23, 2006___ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __10-23-2006__ to __FPC MXW__
at __MAXwell AFB, AL 36112__ , with a certified copy of this judgment.

**RETURNED AND FILED**

**NOV 3 2006**

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

D. DREW, WARDEN
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL